1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KEITH DARNELL JOHNSON,                    No.  2:25-cv-1423 DC CSK P

12              Plaintiff,

13         v.                                    ORDER

14    CALIFORNIA CORRECTIONAL
      HEALTH SERVICES,
15
                Defendant.
16

17
            Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.
18
      (ECF No. 17.)  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.
19
            Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.
20

21
      Dated:  October 3, 2025
22

23                                                  CHI SOO KIM
                                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

27    John1423.dis/2

28

                                                    1